**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MAY 0 3 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:23CR 50 |
| | § | Judge: Crone-Hawthorn |
| KALEP DOLEN HILL | § | |

BY
DEPUTY_____

## **INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

### **Count One**

Violation: 18 U.S.C. § 922(n) (Illegal
Receipt of a Firearm by a Person Under
Indictment)

On or about the 6$^h$ day of June, 2022, in the Eastern District of Texas, the
defendant, Kalep Dolen Hill, who was then under indictment for a crime punishable by
imprisonment for a term exceeding one year, that is, Delivery of a Controlled Substance
PG1, greater than 4 grams but less than 200 grams, a First Degree Felony, did willfully
receive a firearm, to wit: a Sig Sauer, model P320, 9mm pistol, bearing serial number:
M17-122574; a Zig, model PC1911, 45 caliber, pistol, bearing serial number T0620-
21AK051827, said firearm having been shipped and transported in interstate and foreign
commerce.

All in violation of 18 U.S.C §§ 922(n) and 924(a)(1)(D).

Indictment                                                                                      Page **1** of **3**

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Firearms Forfeiture Allegation
### (18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1.      The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2.      Upon conviction of the offense(s) in violation of Title 18 U.S.C §§ 922(n) and 924(a)(1)(D) as set forth in Count One of this Indictment, the defendant, Kalep Dolen Hill, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense including, but not limited to:

   a. a Sig Sauer, model P320, 9mm pistol, bearing serial number: M17-122574, and any associated ammunition and magazines; and

   b. a Zig, model PC1911, 45 caliber, pistol, bearing serial number T0620-21AK051827, and any associated ammunition and magazines.

3.      If any of the property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States

Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
JONATHAN C. LEE
Assistant United States Attorney

May 3, 2023
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA §
§
§
v. § NO. 1:23CR 5 6
§ Judge:
KALEP DOLEN HILL §

## NOTICE OF PENALTY

### Count One

Violation:      18 U.S.C. § 922(n)

Penalty:        Imprisonment of not more than five (5) years; a fine not to exceed
                $250,000, or twice the pecuniary gain to the defendant or loss to the
                victim; or both imprisonment and a fine; and a term of supervised
                release of not more than three (3) years.

Special Assessment: $ 100.00