IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CASE NUMBER 1:23-CR-00050-MAC |
| v. | § § § |
| Kalep Dolen Hill | § § § |

### ORDER OF DETENTION

The Court held a hearing to consider the matter of Defendant's detention pending trial, Defendant waived his right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

Signed May 25, 2023.

_____
ZACK HAWTHORN
UNITED STATES MAGISTRATE JUDGE